UNITED STATES DISTRICT COURT            EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:25-CR-38 |
| | § | |
| DAVID DRAKE, | § | |
| a/k/a Riley Graham, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S MOTIONS TO DISMISS INDICTMENT

The Defendant, David Drake, is proceeding *pro se* and has filed three Motions to Dismiss (Dkt. #65 (Counts 14-15); Dkt. #67 (Counts 7-13) and Dkt. #69 (Second Motion to Dismiss Counts 7-13)). The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and recommended disposition. Judge Hawthorn issued his Report and Recommendation on the Defendant's Motions to Dismiss Indictment and recommended that the court deny the motions. (Dkt. #74.)

The parties have not objected to the magistrate judge's findings, and the time for doing so has passed. The court **ORDERS** that the Report and Recommendation is **ADOPTED** and Defendant's Motions to Dismiss the Indictment (Dkt. #65, 67, and 69) are **DENIED**.

SIGNED at Beaumont, Texas, this 16th day of October, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE