UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

United States of America,

v.                                              Case No. 1:25-CR-0038

Riley Graham                           Hon. Judge Crone-Hawthorn

## NOTICE REGARDING DOCKET ENTRIES 72, 73, 74 and 75 NEVER BEING RECEIVED BY DEFENDANT

Defendant Riley Graham respectfully submits this NOTICE to the Court to preserve the record and advise that the Defendant has not received the above mentioned Docket entries and since the date stated by the Courts having mailed them, the defendant received the docket sheet from the County which according to docket entry 72, 73, 74 and 75, was mailed after those documents were sent out.

By so much time between stated dates and today, I am wondering if the Government Shut Down last month played a role in the delay.

If not, please accept this notice so that the Court may address this issue and ensure the defendant receives the referenced docket.

Respectfully submitted,

Riley Graham, Defendant Pro-Se
Federal Correctional Institution Beaumont
Beaumont Texas
P.O. Box 26040-
77720

Dear Clerk,

Thank you for sending the Docket sheet requested. Please file the enclosed and send a second docket sheet so I can see if I'm missing any other documents.

Thank you

Riley Gingrich

Riley Graham #54885014
Federal Correctional Institution Beaumont
P.O. Box 26040
Beaumont Texas 77720

HOUSTON TX RPDC 773
2 DEC 2025 PM 4

Legal Mail

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 04 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Clerk of the Court
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217