IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CAUSE NO. 1:25-CR-38 |
| | § | |
| DAVID DRAKE aka RILEY GRAHAM (1) | § | |

## ORDER

Pending before the Court is Defendant David Drake aka Riley Graham's Motion for Court to View Counts 1-15 of the Indictment as One Single Course of Conduct Charged by the Government as Occurring from June 2019, continuing up to and including October 2024 [Doc. 83]. Having considered the Motion the Government's Response, and the applicable law, the Court is of the opinion that it should be denied.

IT IS THEREFORE ORDERED that Defendant's Motion for Court to View Counts 1-15 of the Indictment as One Single Course of Conduct Charged by the Government as Occurring from June 2019, continuing up to and including October 2024 [Doc. 83] is DENIED.