UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA,  | Case No: 1:25-cr-0038
v.                         | Hon: Judge Crone
Riley Graham               |

Declaration Regarding Entire Case Consisting of Fraudulent Prosecution, in Support of Interrogatories Provided To the Government

Declaration Under title 28 U.S.C. 1746.

I, Riley Graham, pursuant to title 28 U.S.C. 1746 do hereby declare the following:

1. At no time has Mildred Drake Family Trust, Brooke Crawford or anyone else in this indictment owed Gm or Sm a portfolio relating to recent of the loans in the indictment.

2. Gm and Sm are members of a family that MDFT was associated with, prior to this case, because Sm has a relationship with their own family business and it is that family business that MDFT has a relationship with. I will submit and file a formal document, diagram and affidavit showing this matter. This is not the purpose of this declaration.

3. On July 4, 2025, the United States obtained a fraudulent indictment that does not charge a single violation of federal law.

(1)

4. The Indictment states that it charges a violation of Conspiracy to Commit Bank Fraud and Wire Fraud, in violation of title 18, U.S.C. 1349.

5. That is false. The crime charged in Count 1, is not authorized by any federal statute and is fraudulent and has no basis in law.

6. I am a financial engineer, which is a very rare trade. In that capacity, I create very sophisticated financial instruments, that most people can't comprehend. That skill has never been previously used for anything else, and I did not know that it could be.

7. I used that skill to reverse engineer the Indictment, its evidence, the Conspiracy Statute, the Substantive offense Statutes in the Indictment or pretended to be in the Indictment. I was able to determine and prove each of the facts I state in this declaration.

8. There are no federal crimes charged in the Indictment, no penalties to be legally imposed and no jurisdictional element for the district court to hold the defendants.

9. The Conspiracy charged in the Indictment does not contain any element of a title 18 U.S.C. 1349 violation and the case law developed on that statute regarding conspiracy is erroneously based on analogy like the one charged in the Indictment. As such, Count 1, involves a Statutory Construction Motion that will clearly show and prove that no violation of title 18 U.S.C. 1349 is charged in the Indictment.

10. There is no title 18 U.S.C. 1349 charged anywhere in the Indictment.

   a. The so-called Substantive offenses listed as Counts 2-6, don't contain a single element of a violation

(2)

of title 18, USC 1344, including, its penalty provision.

b. If five (5) title 18 USC violations were charged in the Indictment, the defendants would be facing five separate fines of $1,000,000 each, 30 years of imprisonment for each count and the Grand Jury would have returned five separate verdicts, one for each count per the law.

c. Counts 1-6, just like Counts 7-15 are analogies, that will be shown as fraudulent in this case.

d. They are lesser included offenses of the illegal object, that is lumped into Count 1.

e. They all were returned on a single verdict under a structure that is illegal.

11. There are no title 18 USC 1343 violations charged in the Indictment.

a. The structure of the Indictment attempted to double count the evidence as both a continuous indivisible offense stretching from July 2017 - October 2024 and use the appearance that isolated acts existed as substantive counts.

12. As noted those counts, while fatally defective if they were substantive offenses charged, are part and parcel of a single continuous offense.

13. The Grand Jury transcripts can be used to verify this. The jurors were explicitly informed that they did not have to return 16 votes on any particular substantive offense.

14. The conspiracy statute, 18 USC 1349 has authorization for one verdict for the conspiracy and one verdict for the substantive offense that provides the penalty provision to it, through its object.

(3)

15. The Government uses those verdicts as General verdicts to create a false Imprisonment Mechanism, which I will disclose to all Co-defendants and the Court Immediately.

16. The test in Blockburger v. United States, 284 U.S. 299, 304 (1932), which the Court and the Government has cited recently, will show that (i) the Conspiracy Charged in the Indictment, is not a violation of title 18 U.S. 1349; the optical illusion Charged in Counts 2-6, are not violations of title 18 U.S.C. 1344; the optical illusion Charged in Counts 7-15, are not violations of title 18 U.S.C. 1343.

17. The object of the Conspiracy Charged, in the Indictment, is not a federal offense.

18. The Government has executed fraudulent Conspiracy Charges Nationally for over 55 years.

19. There is no legal basis to move this proceeding further, other than Immediate dismissals.

20. The evidence in the Indictment, make out 23 separate and distinct violations of title 18 U.S.C. 1349, if we accept the Allegations as true.

21. SBA and EIDLs are required to be Charged under the specific statutes that deal with Government fraud and Government Conspiracy to defraud. This evidence was used to taint, the already illegal Grand Jury proceedings.

22. No Indictable offense is charged in the Indictment And the Government cannot and will not deny this in the Attached Interrogatory request.

I., declare under penalty of perjury, that the ~~following~~ forgoing is true and correct and that I am going to prove the same immediately.

Signed this 1st day of February 2026 By: /s/
Riley Graham
54884169
FCE Beaumont
P.O. Box 26040
Beaumont Texas 77720

(5)

Riley Graham # 54985020
Federal Correctional Institution Beaumont
P.O. Box 26040
Beaumont Texas 77720

Legal Mail

CLERK, U.S. DISTRICT COURT
RECEIVED
FEB 06 2026
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS



Clerk of the Court
United States District Court
300 Willow Street, Suite 104
Beaumont, Texas 77701-2217

77701-221729