**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | NO. 1:25-CR-38 (1) |
| | § | |
| DAVID DRAKE, | § | |
| a/k/a Riley Graham, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S *PRO SE* MOTIONS

*Pro Se* Defendant, David Drake[1] a/k/a Riley Graham, filed the following motions that were referred to Magistrate Judge Zack Hawthorn for recommended disposition:

"Motion for Court to View Counts 1-15 of the Indictment as One Single Course of Conduct Charged by the Government as Occurring From June 2019, Continuing Up to and Including 2024" (Dkt. #83);

"NOTICE of Declaration of Fraud and MOTION for the Court Not to Bring Defendant to Court to Review Fraudulent Discovery" (Dkt. #127);

"NOTICE of Interrogatories and MOTION for Government to Respond to Interrogatories" (Dkt. #129);

"MOTION to Dismiss" (Dkt. #141);

"DECLARATION Regarding Indictment and MOTION to Dismiss" (Dkt. #149);

and

"Motion for Bond Hearing and Motion for Return to FCI Oakdale and Permission to Re-Open Communication with Co-Defendant Brooke Crawford" (Dkt. #164).

---

[1] The Government should file a *Motion to Correct Defendant's Name in the Indictment* so that Defendant's legal name is properly reflected in the charging document.

1

On April 17, 2026, Judge Hawthorn entered a report recommending that Defendant's pending *pro se* motions be denied.   The parties have not objected to the magistrate judge's findings, and the time for doing so has passed.  It is therefore

ORDERED that the magistrate judge's *Report and Recommendation* (Dkt. #166) is ADOPTED. It is further

ORDERED that Defendant's *Motion for Court to View Counts 1-15 of the Indictment as One Single Course of Conduct Charged by the Government as Occurring From June 2019, Continuing Up to and Including 2024* (Dkt. #83) is DENIED as MOOT.  It is further

ORDERED that Defendant's *NOTICE of Declaration of Fraud and MOTION for the Court Not to Bring Defendant to Court to Review Fraudulent Discovery* (Dkt. #127), *NOTICE of Interrogatories and MOTION for Government to Respond to Interrogatories* (Dkt. #129), *MOTION to Dismiss* (Dkt. #141), and *DECLARATION Regarding Indictment and MOTION to Dismiss* (Dkt. #149), are DENIED.

Defendant is advised that repetitive motions that reassert previously rejected arguments waste judicial resources and will not receive further consideration.  Continued submission of duplicative or frivolous motions may result in the imposition of filing restrictions, including a requirement that he obtain leave of court before filing additional motions raising arguments previously presented and resolved, absent new facts or a material change in circumstances.  Furthermore, although Defendant's *pro se* filings are entitled to liberal construction, the court cannot act on arguments it cannot reasonably decipher.  Defendant is therefore cautioned that future filings must be written legibly and must clearly identify the relief requested.  Failure to submit legible filings may result in the filing being denied or disregarded to the extent the court cannot determine the basis for relief.

SIGNED at Beaumont, Texas, this 15th day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE