**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 1:25CR38 |
| | § | |
| RILEY GRAHAM (1) *aka David Drake* | § | |
| BROOKE CRAWFORD (2) | § | |
| MARK DAY (3) | § | |
| RIAN GRAHAM (4) | § | |
| TROI GRAHAM (5) | § | |
| KELLEE SIMS (6) | § | |
| RAYSEAN GRAHAM (7) SYLVIA | § | |
| SHANN (8) | § | |

**ORDER**

Defendants' Unopposed Joint Motion for Continuance (#201) is GRANTED. The court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendant's request is made knowingly, intelligently, and voluntarily.

2. The Government has no objection to a continuance.

3. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the court finds that the ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendant in a speedy trial.

4. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

5. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

This case is **reset** for **Final Pretrial Conference and Jury Trial on September 8, 2026, at 9:00 a.m.** A revised scheduling order is forthcoming.

SIGNED at Beaumont, Texas, this 23rd day of June, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE