IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 1:25-CR-00038 |
| | § | JUDGE CRONE |
| RILEY GRAHAM a/k/a "David Drake" (1), | § | |
| BROOKE CRAWFORD (2), | § | |
| MARK DAY (3), | § | |
| RIAN GRAHAM (4), | § | |
| TROI GRAHAM (5), | § | |
| KELLEE SIMS (6), | § | |
| RAYSEAN GRAHAM (7), AND | § | |
| SYLVIA SHANN (8) | § | |

**NOTICE TO THE COURT OF SUBSTITUTION OF COUNSEL**

COMES NOW the United States of America, by and through Jay R. Combs, United States Attorney for the Eastern District of Texas, and John B. Ross, the undersigned Assistant United States Attorney, on behalf of the United States of America, and notices the Court of the government's intent to substitute John B. Ross, Assistant United States Attorney, Beaumont Division, for Reynaldo Morin, as counsel for Plaintiff, United States of America, in this cause, and would show the Court that:

I.

The undersigned, Assistant United States Attorney John B. Ross, should be formally substituted as attorney of record for the Plaintiff, United States of America, and all further pleadings and papers should be served on:

John B. Ross
Assistant U. S. Attorney
Texas Bar No. 00788325
550 Fannin St., Suite 1250

Beaumont, Texas 77701
(409) 839-2538
(409) 839-2550 (fax)

Respectfully submitted,

JAY R. COMBS
UNITED STATES ATTORNEY

/s/ John B. Ross
JOHN B. ROSS
Assistant United States Attorney
Texas Bar No. 00788325
550 Fannin St., Suite 1250
Beaumont, Texas 77701-2237
(409) 839-2538
(409) 839-2550 (fax)
john.ross5@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent by ECF notification to counsel of record for Defendants listed herein on this the 2nd day of September, 2026.

/s/ John B. Ross
JOHN B. ROSS
ASSISTANT U.S. ATTORNEY