**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:25-CR-38 |
| | § | |
| RILEY GRAHAM,<br>A/K/A DAVID DRAKE, | §<br>§ | |
| | § | |
| Defendant. | § | |

**ORDER OVERRULING DEFENDANT'S OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pending before the court are *pro se* Defendant Riley Graham's objections (Dkts. #292, #293) to the Report and Recommendation (Dkt. #260) of the United States Magistrate Judge, which recommends denying Graham's challenges to the Second Superseding Indictment. The court has reviewed the pending motions, the record, the applicable law, and Graham's objections, which largely repeat arguments previously raised and rejected. After careful consideration and *de novo* review of the portions of the magistrate judge's Report to which Graham objects, the court concludes that the objections are without merit and that the magistrate judge's findings and recommendations should be adopted.

Accordingly, Graham's objections (Dkts. #292, #293) are **OVERRULED** and the Report and Recommendation (Dkt. #260) is **ADOPTED** as the findings and conclusions of the court. It is further

**ORDERED** that Graham's challenges to the Bank Fraud, Wire Fraud, and Money Laundering charges in the *First Superseding Indictment* (Dkts. #195 and #214) are **DENIED AS**

**MOOT**, and his challenges to the Second Superseding Indictment (Dkts. #248 and #257) are **DENIED ON THE MERITS** for the reasons stated in the magistrate judge's Report.

SIGNED at Beaumont, Texas, this 6th day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE