**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:25-CR-38 |
| | § | |
| RILEY GRAHAM (1) | § | |
| BROOKE CRAWFORD (2) | § | |
| MARK DAY (3) | § | |
| RIAN GRAHAM (4) | § | |
| TROI GRAHAM (5) | § | |
| KELLEE SIMS (6) | § | |
| RAYSEAN GRAHAM (7) | § | |
| SYLVIA SHANN (8) | § | |

**ORDER**

On June 23, 2026, the court granted the Government's request to amend the Indictment, First Superseding Indictment, and case caption to change the first defendant's name from "David Drake a/k/a Riley Graham" to "Riley Graham a/k/a David Drake" (#208). Furthermore, the Second Superseding Indictment refers to the first defendant as "Riley Graham a/k/a David Drake" (#225). Therefore, to the extent that any filing includes the first defendant in its caption or otherwise refers to the first defendant, the filing party is instructed to ensure it correctly reflects the defendant's name as indicted—"Riley Graham a/k/a David Drake."

SIGNED at Beaumont, Texas, this 14th day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE